# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| HENRY J. MARTIN and ) | |
| LYDIA A. MARTIN, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## COMPLAINT

The United States of America, by and through undersigned counsel, brings this action to reduce to judgment the federal income tax liabilities assessed against Henry J. Martin for tax years 2000 to 2006 and against Henry J. Martin and Lydia A. Martin jointly for tax years 2007 to 2008 and 2011 to 2012.

Accordingly, the United States complains and alleges as follows:

### AUTHORIZATION

1. This action has been authorized by the Chief Counsel of the Internal Revenue Service ("the Service"), a delegate of the Secretary of the Treasury, and is brought at the direction of the Attorney General of the United States, in accordance with 26 U.S.C. § 7401.

### JURISDICTION AND VENUE

2. The Court has original jurisdiction over this action pursuant to 28 U.S.C. §§ 1340 (internal revenue laws) and 1345 (United States as plaintiff), and 26 U.S.C. § 7402(a) (render judgments).

3. Venue is proper in the Northern District of Alabama, Eastern Division, pursuant to 28 U.S.C. §§ 1391(b) and 1396, because the taxes at issue accrued in this district.

## PARTIES

4. Henry J. Martin and Lydia A. Martin are natural persons residing in Clay County, Alabama.

## COUNT I

**(Reduce Henry J. Martin's Individual Income Tax Liabilities to Judgment)**

5. For tax years 2000 through 2006, Henry J. Martin failed to file individual federal income tax returns (Forms 1040—United States Income Tax Return for Individuals).

6. As a result, the Service calculated the tax due on the income Mr. Martin earned in those years, proposed an assessment of his tax deficiencies, and issued a notice of deficiency to Mr. Martin's last known address.

7. Mr. Martin did not petition the United States Tax Court to re-determine the tax deficiencies the Service proposed.

8. On the dates and in the amounts described in the table below, a delegate of the Secretary of the Treasury assessed against Mr. Martin income tax, interest, penalties, and statutory additions for tax years 2000 to 2006.

| TAX YEAR | ASSESSMENT DATE | TYPE OF ASSESSMENT | AMOUNT | BALANCE DUE |
|---|---|---|---|---|
| 2000 | October 29, 2007 | Estimated Tax Penalty | $2,096.20 | $120,633.62 |
| | | Tax Assessed | $38,975.00 | |
| | | Late Filing Penalty | $8,769.37 | |
| | | Interest Assessed | $23,887.32 | |
| | | Failure to Pay Tax Penalty | $9,743.75 | |
| | October 12, 2015 | Interest Assessed | $29,659.14 | |

2

| TAX YEAR | ASSESSMENT DATE | TYPE OF ASSESSMENT | AMOUNT | BALANCE DUE |
|---|---|---|---|---|
| 2001 | October 29, 2007 | Estimated Tax Penalty | $103.29 | $7,713.14 |
| | | Tax Assessed | $2,611.00 | |
| | | Late Filing Penalty | $587.47 | |
| | | Interest Assessed | $1,279.41 | |
| | | Failure to Pay Tax Penalty | $652.75 | |
| | October 12, 2015 | Interest Assessed | $1,864.18 | |
| 2002 | December 22, 2008 | Tax Assessed | $1,175.00 | $3,207.49 |
| | | Late Filing Penalty | $264.37 | |
| | | Interest Assessed | $606.58 | |
| | | Failure to Pay Tax Penalty | $293.75 | |
| | October 12, 2015 | Interest Assessed | $612.03 | |
| 2003 | December 22, 2008 | Estimated Tax Penalty | $280.39 | $28,905.41 |
| | | Tax Assessed | $10,867.00 | |
| | | Late Filing Penalty | $2,445.07 | |
| | | Interest Assessed | $4,775.80 | |
| | | Failure to Pay Tax Penalty | $2,716.75 | |
| | October 12, 2015 | Interest Assessed | $5,515.51 | |
| 2004 | December 22, 2008 | Estimated Tax Penalty | $178.46 | $15,882.84 |
| | | Tax Assessed | $6,228.00 | |
| | | Late Filing Penalty | $1,401.30 | |
| | | Interest Assessed | $2,253.23 | |
| | | Failure to Pay Tax Penalty | $1,401.30 | |
| | October 12, 2015 | Interest Assessed | $2,998.36 | |
| | | Failure to Pay Tax Penalty | $155.70 | |

| TAX YEAR | ASSESSMENT DATE | TYPE OF ASSESSMENT | AMOUNT | BALANCE DUE |
|---|---|---|---|---|
| 2005 | December 22, 2008 | Estimated Tax Penalty | $312.35 | $18,775.92 |
| | | Tax Assessed | $7,787.00 | |
| | | Late Filing Penalty | $1,752.07 | |
| | | Interest Assessed | $2,035.12 | |
| | | Failure to Pay Tax Penalty | $1,284.85 | |
| | October 12, 2015 | Interest Assessed | $3,445.45 | |
| | | Failure to Pay Tax Penalty | $661.89 | |
| 2006 | December 22, 2008 | Estimated Tax Penalty | $1,434.80 | $68,259.18 |
| | | Tax Assessed | $30,320.00 | |
| | | Late Filing Penalty | $6,822.00 | |
| | | Interest Assessed | $4,546.32 | |
| | | Failure to Pay Tax Penalty | $3,183.60 | |
| | October 12, 2015 | Interest Assessed | $12,113.11 | |
| | | Failure to Pay Tax Penalty | $4,396.40 | |

9. A delegate of the Secretary of Treasury properly gave Mr. Martin notice of the liabilities described in paragraph 8 above and made demand for payment as provided by law.

10. Despite notice and demands for payment, Mr. Martin has failed to pay fully the taxes, interest, penalties, and other statutory additions assessed against him.

11. As of December 22, 2017, Henry J. Martin owes the United States $263,377.60 in income taxes, interest, penalties, and other additions for tax years 2000 to 2006, plus statutory additions and interest that continue to accrue until payment in full.

12. The United States generally has 10 years from the date of an assessment to bring a proceeding in court to collect the unpaid tax. *See* 26 U.S.C. § 6502(a).

13. Although the assessments against Mr. Martin for tax years 2000 and 2001 were made more than 10 years ago, the limitations period on collection of those taxes has not expired,

because it was tolled by Mr. Martin's request for an installment payment agreement from the Service in 2013. Therefore, this action is timely.

## COUNT II
## (Reduce the Martins' Joint Income Tax Liabilities to Judgment)

14. For tax years 2007 to 2008 and 2011 to 2012, Henry J. Martin and Lydia A. Martin jointly filed federal income tax returns (Forms 1040—United States Income Tax Return for Individuals).

15. Each of these tax returns reported that Mr. and Mrs. Martin owed federal income taxes, but the couple did not remit payment of those taxes with their returns.

16. On the dates and in the amounts described in the table below, a delegate of the Secretary of the Treasury assessed against Henry J. Martin and Lydia A. Martin the joint income tax liabilities reported on their federal tax returns, plus penalties, interest, and statutory additions.

| Tax Year | Assessment Date | Type of Assessment | Amount | Balance Due |
|---|---|---|---|---|
| 2007 | August 24, 2009 | Tax Assessed Per Return | $9,999.00 | $21,079.46 |
| | | Penalty for Failure to Make Estimated Tax Payments | $455.00 | |
| | | Late Filing Penalty | $2,249.77 | |
| | | Failure to Pay Tax Penalty | $849.91 | |
| | | Interest Assessed | $867.57 | |
| | October 12, 2015 | Interest Assessed | $3,249.50 | |
| | | Failure to Pay Tax Penalty | $1,649.84 | |

5

| TAX YEAR | ASSESSMENT DATE | TYPE OF ASSESSMENT | AMOUNT | BALANCE DUE |
|---|---|---|---:|---:|
| 2008 | August 24, 2009 | Tax Assessed Per Return | $8,254.00 | $13,497.48 |
| | | Penalty for Failure to Make Estimated Tax Payments | $227.00 | |
| | | Late Filing Penalty | $1,269.72 | |
| | | Failure to Pay Tax Penalty | $176.35 | |
| | | Interest Assessed | $120.35 | |
| | October 12, 2015 | Interest Assessed | $1,986.62 | |
| | | Failure to Pay Tax Penalty | $1,587.15 | |
| 2011 | June 24, 2013 | Tax Assessed Per Return | $10,799.00 | $19,273.36 |
| | | Penalty for Failure to Make Estimated Tax Payments | $214.00 | |
| | | Late Filing Penalty | $2,429.77 | |
| | | Failure to Pay Tax Penalty | $809.92 | |
| | | Interest Assessed | $443.23 | |
| | October 12, 2015 | Interest Assessed | $1,056.79 | |
| | | Failure to Pay Tax Penalty | $1,889.82 | |
| 2012 | May 13, 2013 | Tax Assessed Per Return | $9,039.00 | $13,153.57 |
| | | Failure to Pay Tax Penalty | $45.19 | |
| | | Interest Assessed | $20.83 | |
| | October 12, 2015 | Interest Assessed | $691.13 | |
| | | Failure to Pay Tax Penalty | $2,214.56 | |

17.     A delegate of the Secretary of Treasury properly gave Mr. and Mrs. Martin notice of the liabilities described in paragraph 16 above and made demand for payment as provided by law.

18.     Despite notice and demands for payment, Mr. and Mrs. Martin have failed to pay fully the income taxes, interest, penalties, and other additions assessed against them.

19.     As of December 22, 2017, Henry J. Martin and Lydia A. Martin owe the United States $67,003.87 in income taxes, interest, penalties, and other additions for tax years 2007 to

2008 and 2011 to 2012, plus statutory additions and interest that continue to accrue until payment in full.

## PRAYER FOR RELIEF

WHEREFORE, the United States respectfully requests that this Court enter an order pursuant to 26 U.S.C. § 7402(a):

**a.** granting judgment in favor of the United States and against Henry J. Martin in the amount of $263,377.60 for his unpaid federal income taxes, interest, penalties, and other additions for tax years 2000 to 2006, plus statutory additions and interest that continue to accrue after December 22, 2017;

**b.** granting judgment in favor of the United States and against Henry J. Martin and Lydia A. Martin, jointly and severally, in the amount of $67,003.87 for their unpaid federal income taxes, interest, penalties, and other additions for tax years 2007 to 2008 and 2011 to 2012, plus statutory additions and interest that continue to accrue after December 22, 2017; and

**c.** for such other and further relief as may be available under the law.

Dated: December 22, 2017

                                      Respectfully submitted,

                                      RICHARD E. ZUCKERMAN
                                      Principal Deputy Assistant Attorney General

                                      */s/ Allison C. Carroll*
                                      ALLISON C. CARROLL
                                      VA Bar No. 81948
                                      Trial Attorney, Tax Division
                                      U.S. Department of Justice
                                      P.O. Box 14198
                                      Washington, D.C.  20044
                                      202-514-6472 (v)
                                      202-514-4963 (f)
                                      Allison.C.Carroll@usdoj.gov

Of Counsel:

JAY E. TOWN
United States Attorney

RICHARD E. O'NEAL
Assistant United States Attorney
1801 4th Avenue North
Birmingham, Alabama 35203
(205) 244-2120